**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| EMPERATRIZ ENSALDO ACEVEDO | CIVIL ACTION NO. 26-1919 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LISA BOWEN, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## MEMORANDUM RULING

Emeperatriz Ensaldo Acevedo ("Petitioner"), a citizen of Mexico, filed this civil action for a writ of habeas corpus. Record Document 1. Before the Court is a Motion to Dismiss for Lack of Jurisdiction, Record Document 12, filed by the Federal Respondents. Petitioner filed a notice that she does not oppose the motion to dismiss. Record Document 13. Petitioner, a citizen of Mexico, departed the United States on a flight to Villahermosa, Tabasco, Mexico. Record Document 12-3 at 1. Because Petitioner has been removed, her detention has come to an end, and her petition for writ of habeas corpus is now moot. *See, e.g.*, *Platero Perez v. Rice*, No. 26-1147, 2026 WL 1727864, at *1 (W.D. La. June 15, 2026)(citing *Francis v. Lynch*, 622 F. App'x 455 (5th Cir. 2015)). For this reason, the Motion to Dismiss for Lack of Jurisdiction, Record Document 12, is **GRANTED**, and the Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE**. A judgment consistent with the terms of this memorandum ruling shall issue herewith.

**DONE AND SIGNED** at Shreveport, Louisiana, this 5th day of November, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE